UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MELISSA D. B., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-00181-JDL |
| | ) |
| ANDREW M. SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

Melissa D. B. seeks judicial review of the Social Security Administration Commissioner's final decision determining that she is not disabled and denying her application for supplemental security income (ECF No. 1). Pursuant to 28 U.S.C.A. § 636(b)(3) (West 2021) and D. Me. Local R. 16.3(a)(2), United States Magistrate Judge John H. Rich III held a hearing on the Plaintiff's Statement of Errors (ECF No. 13) on March 10, 2021. The Magistrate Judge filed his Recommended Decision with the Court on June 11, 2021 (ECF No. 18), recommending that the Court vacate the Commissioner's decision. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

Having reviewed and considered the Magistrate Judge's Recommended Decision, I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision. It is therefore **ORDERED** that the Recommended Decision (ECF No. 18) of the Magistrate Judge is hereby **ACCEPTED**. The Commissioner's

1

decision is **VACATED** and the matter **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C.A. § 405(g) for further administrative action consistent with this opinion.

**SO ORDERED.**

**Dated this 15th day of July, 2021.**

/s/ Jon D. Levy
**CHIEF U.S. DISTRICT JUDGE**